**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

TINA M. EMERSON,
ADC #710724                                                                                    PLAINTIFF

v.                                              1:12-cv-00033-JMM-JJV

MAPLES, Warden, McPherson Unit,
Arkansas Department of Correction; *et al*.                                   DEFENDANTS

**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED WITH PREJUDICE.  Dismissal of this action constitutes

a "strike" for the purposes of 28 U.S.C. § 1915(g).  Further, the Court certifies, pursuant to 28

U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying

Order would not be taken in good faith.

DATED this  28    day of June, 2012.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE