**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

TINA M. EMERSON,
ADC #710724                                                                                          PLAINTIFF

v.                                        1:12-cv-00033-JMM-JJV

MAPLES, Warden, McPherson Unit,
Arkansas Department of Correction; *et al*.                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. Dismissal of this action constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this  28   day of June, 2012.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

1